AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**JOSEPH LEE ELLIS**<br><br>*Defendant* | ) ) ) Case No. 21-CR-94:1<br>) )<br>) )<br>) ) |

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joseph Lee Ellis ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

Violation of Bail

Date: 01/26/2024

*Issuing officer's signature*

City and state: Buffalo, New York

MARY C. LOEWENGUTH, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/26/24 , and the person was arrested on *(date)* 2/5/24
at *(city and state)* Alexandria, VA .

Date: 2/5/24

*Arresting officer's signature*

Jason Winston (DUSM)
*Printed name and title*